UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BILLY RAY HEGGIE,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:21-cv-00056 |
| **SOUTHERN HEALTH PARTNERS et al.,** | ) |
| Defendants. | ) |

# ORDER

The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 62) recommends that this action be dismissed without prejudice based on Billy Ray Heggie's failure to prosecute under Federal Rule of Civil Procedure 41(b) and Local Rule 41.01(b). Because no objections have been filed, *de novo* review is not required. Thomas v. Arn, 474 U.S. 140, 151 (1985).

However, the Court has reviewed the R&R *de novo* and agrees with the R&R. Accordingly, the Magistrate Judge's Report and Recommendation (Doc. No. 62) is **APPROVED** and **ADOPTED**, and this action is **DISMISSSED WITHOUT PREJUDICE**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE